UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JING LIU,

                        Plaintiff,

     -against-

SCHULTE ROTH & ZABEL LLP

                       Defendant

Case No. 23-CV-10781 (MMG)

**STIPULATION AND ORDER SUBSTITUTING ATTORNEYS AND APPLICATION FOR CHARGING LIEN**

---

Pursuant to SDNY Local Rule 1.4, the undersigned hereby stipulate and consent to the substitution of The Warshawsky Law Firm, by and through its attorney, Steven M. Warshawsky, Esq., as the attorney of record for Plaintiff Jing Liu in the above captioned matter in place and instead of Pacific Justice Institute ("PJI"), and its attorney Ms. Mishael M. Pine, Esq.;

WHEREAS, on October 17, 2023, Ms. Liu retained Pacific Justice Institute to represent her and signed a written agreement ("retainer agreement") memorializing the representation; and

WHEREAS, on December 12, 2023, PJI initiated an action on Ms. Liu's behalf against Schulte Roth & Zabel LLP in the United States District Court for the Southern District of New York captioned Jing Liu v. Schulte Roth & Zabel LLP, Case No. 23-cv-10781 (MMG); and

WHEREAS, on February 7, 2025, in a formal court conference before the Hon. Margaret Garnett, which included PJI through Ms. Mishael M. Pine, Esq., Ms. Liu's new attorney Mr. Steven Warshawsky, Esq., of the Warshawsky Law Firm and Mr. Cameron Smith, Esq. and Mr. Max Scharf, Esq. of Seyfarth Shaw LLP, counsel for the defendant, PJI agreed to withdraw

counsel for Ms. Liu, and PJI asserts a charging lien for services rendered and expenses accrued as counsel for Ms. Liu from October 17, 2023 to January 27, 2025; and

WHEREAS, Mr. Warshawsky and Ms. Pine, having conferred with each other regarding this stipulation and charging lien, and obtaining consent from Ms. Liu;

NOW, THEREFORE, Pursuant to New York Judiciary Law § 475 and section six of the retainer agreement between Ms. Liu and PJI, signed by Ms. Liu on October 17, 2023, PJI will maintain a charging lien in this matter to recover attorney fees and expenses accrued from the point of representation on October 17, 2023 to PJI's formal discharge by Ms. Liu on January 27, 2025.

Dated: February 14th, 2025

PACIFIC JUSTICE INSTITUTE

By: _____
Mishael M. Pine
Staff Attorney

PACIFIC JUSTICE INSTITUTE, INC.
75 South Broadway, Suite 4-9272
White Plains, New York 10601
T: (347) 927-9343
F: (917) 210-3737
Email: mpine@pji.org
www.pacificjustice.org

Dated: Feb. 14, 2025

THE WARSHAWSKY LAW FIRM

By: _____
Steven M. Warshawsky, Esq.

118 North Bedford Road, Suite 100
Mt. Kisco, New York 10549
Tele: (914) 864-3353

Email: smw@warshawskylawfirm.com
www.warshawskylawfirm.com

The substitution of attorney and charging lien hereby approved and SO ORDERED.

Dated: _____, 2025

_____
HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE