UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

JING LIU,

         Plaintiff,

-against-

SCHULTE ROTH & ZABEL LLP,

         Defendant.

------------------------------------------------------- X

Civil Action No. 1:23-cv-10781-MMG

~~PROPOSED~~ **ORDER FOR ATTORNEY WITHDRAWAL**

**IT IS HEREBY ORDERED THAT**, attorney Max A. Scharf, an attorney with the law firm Seyfarth Shaw LLP, is hereby withdrawn as counsel in the above-captioned matter. Max A. Scharf was one of the attorneys for Defendant Schulte Roth & Zabel LLP while with the law firm Seyfarth Shaw LLP. Max A. Scharf is no longer affiliated with Seyfarth Shaw LLP. The clerk is hereby directed to remove Mr. Max A. Scharf from the Court docket and designate his status as terminated.

         /s/ Max A. Scharf
         Max A. Scharf
         Seyfarth Shaw LLP
         620 Eighth Avenue
         New York, New York 10018
         Telephone: (212) 218-5500

Dated: August 6, 2025

SO ORDERED.

_____
Honorable Margaret M. Garnett
United States District Judge